# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

CASE NO. _25-04066-CV-C-WJG_

**SHANE MICHAEL BACKES,**
Plaintiff,

v.

**CHRISTINE RENEE WOJTASIK,**
Individually and in her official capacity as Administrator of the Judiciary for the Office of the State Court Administrator of Missouri,
Defendant.

---

## VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

---

**Plaintiff Shane Michael Backes, proceeding pro se, brings this complaint and states as follows:**

## I. PARTIES

1. **Plaintiff**: Shane Michael Backes, a resident of Georgia, residing at 1016 Mansford Lane, Evans, Georgia 30809. Contact: (573) 694-6622, Shanebackes@gmail.com.

2. **Defendant:**

   o **Christine Renee Wojtasik,** a resident of Missouri, sued individually and in her official capacity as an Administrator of the Judiciary for the Missouri Office of State Court Administrator a resident of Missouri whose address is 310 B Scott Station Road, Jefferson City, Missouri 65109.

Page **1** of **4**

Case 2:25-cv-04066-BP     Document 1     Filed 04/14/25     Page 1 of 4

## II. JURISDICTION & VENUE

3. This Court has jurisdiction pursuant to **28 U.S.C. § 1331** (federal question) and **42 U.S.C. § 1983** (civil rights violations).

4. Venue is proper under **28 U.S.C. § 1391(b),** as the events giving rise to this complaint occurred in Missouri.

## III. FACTUAL ALLEGATIONS

5. Plaintiff is the biological father of a 14-year-old minor child ("Minor").

6. Defendant Wojtasik, the Minor's biological mother, allegedly used her position within the Missouri judiciary to improperly influence custody proceedings, manipulate court records, and obstruct due process.

7. Plaintiff contends that:

   o A Missouri court entered an adverse custody ruling based on misrepresented evidence.

   o Medical evidence indicating neglect and abuse of the Minor was disregarded.

   o Court records, including transcripts, were withheld, obstructing Plaintiff's ability to appeal.

8. The Missouri Court of Appeals ordered the lower court to produce the missing trial record, but this order was ignored, depriving Plaintiff of a meaningful appeal.

9. Defendant Wojtasik allegedly used her position to:

   o Access and alter court records.

   o Influence judicial officers.

   o Manipulate child support enforcement actions against Plaintiff.

   o Interfere with Plaintiff's custodial rights.

Case 2:25-cv-04066-BP    Document 1    Filed 04/14/25    Page 2 of 4

10. Plaintiff alleges that these actions violated his **due process** and **equal protection** rights under the Fourteenth Amendment.

## IV. CAUSES OF ACTION

**COUNT I – VIOLATION OF 42 U.S.C. § 1983 (Due Process & Equal Protection)**

11. Plaintiff incorporates all preceding paragraphs.

12. Defendant, acting under color of state law, deprived Plaintiff of his fundamental right to due process by obstructing judicial review.

13. Plaintiff was treated unfairly compared to similarly situated litigants, violating the **Equal Protection Clause**.

**COUNT II – DECLARATORY AND INJUNCTIVE RELIEF**

14. Plaintiff requests an order:

- Compelling Defendant to provide all case-related court records.
- Preventing further interference with Plaintiff's legal rights.
- Ensuring compliance with Missouri and federal laws governing judicial proceedings.

## V. RELIEF REQUESTED

**WHEREFORE, Plaintiff requests:**

A. A jury trial on all triable issues. B. An injunction requiring Defendant to produce complete and accurate court records. C. Judgment for compensatory damages of $500,000 for emotional distress and legal expenses. D. Economic damages of $250,000 for lost income. E. Punitive damages of $100,000. F. Any further relief deemed just and proper.

Case 2:25-cv-04066-BP     Document 1     Filed 04/14/25     Page 3 of 4

## VI. CERTIFICATION

Under **Fed. R. Civ. P. 11**, Plaintiff certifies that this complaint is filed in good faith and

supported by applicable law.

Signed this _8_ day of April, 2025.

**Shane Michael Backes**
Plaintiff, Pro Se

Signature